**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERIF AHMED ALY IBRAHIM,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-4164** |
| | : | |
| **DEPARTMENT OF STATE USCIS,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 28th day of September 2018, upon considering *pro se* Plaintiff Sherif Ahmed Aly Ibrahim's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) and Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is deemed filed.

3. We **dismiss** the Complaint (ECF Doc. No. 2) but Mr. Ibrahim's claims on his own behalf are dismissed without prejudice to file an amended complaint no later than **October 29, 2018** in the event he can state a claim for relief over which this Court has jurisdiction. An amended complaint must be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Mr. Ibrahim's claims against each defendant.

4. The Clerk of Court shall not make service until further Order.

5.      The Clerk of Court shall provide a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number to Mr. Ibrahim for his use in possibly filing amended complaint.

6.      We may dismiss this case without further notice if Mr. Ibrahim fails to timely file an amended complaint.

_____
**KEARNEY, J.**