# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERIF AHMED ALY IBRAHIM,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 18-4164** |
| | : | |
| **DEPARTMENT OF STATE,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 30th day of October 2018, upon considering *pro se* Plaintiff's amended Complaint (ECF Doc. No. 7) and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The amended Complaint (ECF Doc. No. 7) is **DISMISSED** and Mr. Ibrahim may not file a second amended complaint; and,

2. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.